## The State v. The Judge of the Court of Probates of Jefferson.

Where a Judge of Probates has rendered a judgment refusing to homologate the proceedings of a family meeting, he cannot be compelled by *mandamus* to do so.

Rule on *Smith*, Judge of the Court of Probates of the parish of Jefferson, to show cause why a *mandamus* should not be issued, commanding him to homologate the proceedings of a family meeting.

*Labarre*, for the plaintiff in the rule.

Bullard, J.   The rule in this case must be discharged.   The Judge of the Court of Probates has rendered a judgment, refusing to homologate the proceedings of a family meeting.   We cannot, by *mandamus*, order him to reverse his own judgment and give a different one, because we cannot enforce such an order.

*Rule discharged.*